

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| NESTOR MENDOZA, JR., | § | No. 08-17-00117-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court |
| ANNIE MARIE BAZAN | § | of Hudspeth County, Texas |
| Appellee. | § | (TC# CV-570) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **October 18, 2017.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 18, 2017.

IT IS SO ORDERED this 19th day of September, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.